IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-00076 JLT |
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| OMAR JUAREZ ANDRADE, | |
| Defendant. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings, the court having previously ordered the complaint to remain under seal, and the defendant now having been arrested and there being no more need for keeping the complaint sealed, the Court **ORDERS** the complaint in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: **December 4, 2013**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

Order Unsealing Complaint  1